UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HUNTERHEART INC., <br><br> Plaintiff, <br><br> v. <br><br> BIO-REFERENCE LABORATORIES, INC., et al., <br><br> Defendants. | Case No.: 14-CV-04078-LHK <br><br> **CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Jon Michaelson; Oliver Kroll
Defendants' Attorneys: Andrew Levine; Hal Neier

    An initial case management conference was held on February 4, 2015.  A further case management conference is set for June 3, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by May 27, 2015.

    The Court will not stay or bifurcate discovery.

    The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: April 20, 2015

FACT DISCOVERY CUTOFF: November 30, 2015

EXPERT DISCOVERY:
    Opening Reports: October 30, 2015
    Rebuttal Reports: November 30, 2015
    Close of Expert Discovery: December 31, 2015

DISPOSITIVE MOTIONS shall be filed by January 14, 2016, and set for hearing no later than

February 25, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: April 14, 2016, at 1:30 p.m.

JURY TRIAL: April 25, 2016, at 9:00 a.m. Trial is expected to last 8 days.

**IT IS SO ORDERED.**

Dated: February 4, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-04078-LHK
CASE MANAGEMENT ORDER