UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUNTERHEART INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BIO-REFERENCE LABORATORIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 14-CV-04078-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference currently scheduled for September 2, 2015 is hereby CONTINUED to December 9, 2015, at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by December 2, 2015. The joint case management statement shall "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: August 26, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge